IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CR-00177-RJC

| USA | ) | |
| | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BRANDON LAMAR MORRIS | ) | |
| | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 35), the Petition alleging violations of the Defendant's supervised release, (Doc. No. 32), without prejudice, based on the issuance of a subsequent Petition alleging additional violations, (Doc. No. 36).

**IT IS ORDERED** that the Government's motion, (Doc. No. 35), is **GRANTED** and the Petition, (Doc. No. 32), is **DISMISSED** without prejudice.

Signed: November 7, 2017

Robert J. Conrad, Jr.
United States District Judge